June 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NATHANIEL JONES III, Appellant

NO. 14-11-00269-CV                    V.

JAMIE SULLA, Appellee

_____


This cause, an appeal from the judgment in favor of appellee, Jamie Sulla, signed February 8, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.


We further order this decision certified below for observance.